IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
                                                 *

    Andrew English                     *          Chapter 13

                                                 *

Debtor                                       *          Case No: 15-17819 JKF

**PRAECIPE TO WITHDRAW OBJECTION TO PROOF OF CLAIM 6-1, DOCUMENT NO. 30, AND NOTICE OF OBJECTION OT PROOF OF CLAIM 6-1, DOCUMENT NO. 31**

TO THE CLERK OF THE COURT:

Kindly withdraw the Debtor's Objection to the Proof of Claim 6-1, document no. 30, and the Notice to Objection to the Proof of Claim 6-1, document No. 32.  The Debtor is filing a new objection to this claim and a new notice.


Date:  July 24, 2018                                             /s/Michael P. Kutzer
                                                                 Michael P. Kutzer, Esquire
                                                                  1420 Walnut Street, Suite 1216
                                                                  Philadelphia, PA  19102
                                                                  (215) 687-6370
                                                                  Fax:  215-689-1959
                                                                  Attorney for the Debtor