IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                              *
    Andrew English              *        Chapter 13
                                *
Debtor                              *        Case No: 15-17819 JKF

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

Andrew English has filed an objection to the proof of claim you filed in this bankruptcy case, Claim No. 6-1.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be heard before the Honorable Jean K. FitzSimon on September 5, 2018 at 9:30 a.m., United States Bankruptcy Court, 900 Market Street, Courtroom #3, Philadelphia, PA  19107-4298.  If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

Date:  July 24, 2018                            **/s/ Michael P. Kutzer**
                                                                     Michael P. Kutzer, Esquire
                                                                     1420 Walnut Street, Suite 1216
                                                                     Philadelphia, PA  19102
                                                                     (215) 687-6370
                                                                     Attorney for the Debtor