*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew English
    Debtor(s)

Case No: 15−17819−jkf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Objection to claim Proof of Claim 6−1, Department of Treasury−Internal Revenue Service Filed by Andrew English (related document(s)105).

    on: 9/19/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  8/1/18

Timothy B. McGrath
Clerk of Court