United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-17819-jkf
Andrew English                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Joan    Page 1 of 1    Date Rcvd: Aug 01, 2018
                       Form ID: 167    Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2018.
```
db            +Andrew English,    1438 W. Rockland Street,    Philadelphia, PA 19141-2130
13624206      +PNC BANK,    2730 LIBERTY AVENUE,     PITTSBURG, Pennsylvania 15222-4747
13683770      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13624207       WELLS FARGO FINANCIAL,    POB 5445,    PORTLAND, Oregon 97228
13646899       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:38:08     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13647616      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 02 2018 03:00:54     CACH, LLC,
               4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13624204       E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:38:09     CITY OF PHILADELPHIA, LAW DEPT,
               1401 JFK Blvd., Law Department,    PHILADELPHIA, Pennsylvania 19102-1595
13710795      +E-mail/Text: megan.harper@phila.gov Aug 02 2018 02:38:08
               CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
               1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13723046      +E-mail/Text: bncmail@w-legal.com Aug 02 2018 02:37:49     Cerastes, LLC,
               C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13624205       E-mail/Text: cio.bncmail@irs.gov Aug 02 2018 02:37:22     Department of the Treasury,
               Internal Revenue Service, POB  21126,    Philadelphia, Pennsylvania 19114
13630878       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 02 2018 03:02:41
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13628464       E-mail/Text: ebn@vativrecovery.com Aug 02 2018 02:37:23     Palisades Collections, LLC,
               VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
               P.O. Box 40728,    Houston, TX 77240-0728
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2018 at the address(es) listed below:
```
              MICHAEL P. KUTZER    on behalf of Debtor Andrew  English mpkutzer1@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Andrew English
    Debtor(s)

Case No: 15–17819–jkf
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Jean K. FitzSimon , United States Bankruptcy Judge to consider:

***RESCHEDULING NOTICE***

Objection to claim Proof of Claim 6–1, Department of Treasury–Internal Revenue Service Filed by Andrew English (related document(s)105).

    on: 9/19/18

    at: 09:30 AM

    in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/1/18

Timothy B. McGrath
Clerk of Court