UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    ANDREW ENGLISH                  : Bankruptcy No.  15-17819JKF
                                                    :
    Debtor(s)                       : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby

Dismissed without Prejudice

FOR THE COURT

_____
Jean K. FitzSimon, B.J.

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

**Electronically via ECF/System ONLY**:

Michael P. Kutzer, Esq.
1420 Walnut Street, Suite 1188
Philadelphia, PA 19102-4011

Andrew English
1428 W. Rockland Street
Plymouth Meeting, PA 19141

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107