UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ANDREW ENGLISH | : | Bankruptcy No. 15-17819JKF |
| | : | |
| Debtor(s) | : | Chapter 13 |

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby

Dismissed without Prejudice

FOR THE COURT

**Date: March 11, 2019**

*/s/ Jean K. FitzSimon*

Jean K. FitzSimon, B.J.

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

**Electronically via ECF/System ONLY**:

Michael P. Kutzer, Esq.
1420 Walnut Street, Suite 1188
Philadelphia, PA 19102-4011

Andrew English
1428 W. Rockland Street
Plymouth Meeting, PA 19141

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107