United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                                Case No. 15-17819-jkf
Andrew English                                                        Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: pdf900             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
```
db             +Andrew English,    1438 W. Rockland Street,    Philadelphia, PA 19141-2130
13624206       +PNC BANK,    2730 LIBERTY AVENUE,    PITTSBURG, Pennsylvania 15222-4747
13683770       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13624207        WELLS FARGO FINANCIAL,    POB 5445,    PORTLAND, Oregon 97228
13646899        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:49      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 12 2019 02:51:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 12 2019 02:51:47      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:49      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13647616       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 12 2019 02:52:42      CACH, LLC,
                 4340 S. Monaco Street,    2nd Floor,    Denver, CO 80237-3485
13624204        E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:49      CITY OF PHILADELPHIA, LAW DEPT,
                 1401 JFK Blvd., Law Department,    PHILADELPHIA, Pennsylvania 19102-1595
13710795       +E-mail/Text: megan.harper@phila.gov Mar 12 2019 02:51:49
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13723046       +E-mail/Text: bncmail@w-legal.com Mar 12 2019 02:51:44      Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13624205        E-mail/Text: cio.bncmail@irs.gov Mar 12 2019 02:51:24      Department of the Treasury,
                 Internal Revenue Service, POB  21126,    Philadelphia, Pennsylvania 19114
13630878        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 12 2019 02:52:41
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13628464        E-mail/Text: ebn@vativrecovery.com Mar 12 2019 02:51:26      Palisades Collections, LLC,
                 VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                 P.O. Box 40728,    Houston, TX 77240-0728
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PNC Bank, N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
```
              MICHAEL P. KUTZER    on behalf of Debtor Andrew  English mpkutzer1@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC Bank, N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: Mar 11, 2019
                              Form ID: pdf900           Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          SCOTT   WATERMAN    ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
ANDREW ENGLISH : Bankruptcy No.  15-17819JKF
:
Debtor(s) : Chapter 13

### ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby

Dismissed without Prejudice

FOR THE COURT

**Date: March 11, 2019**

Jean K. FitzSimon, B.J.

Interested parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

**Electronically via ECF/System ONLY**:

Michael P. Kutzer, Esq.
1420 Walnut Street, Suite 1188
Philadelphia, PA 19102-4011

Andrew English
1428 W. Rockland Street
Plymouth Meeting, PA 19141

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107